PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raynaldo Moran                                    Cr.: 06-00762-001

Name of Sentencing Judicial Officer: Honorable Richard L. Williams, United States District Court Judge
(ED/VA);    Jurisdiction transferred to Honorable Jose Linares, United States District Court Judge (D/NJ)
on 10/26/06

Date of Original Sentence: 12/18/00

Original Offense: Possession with Intent to Distribute a Controlled Substance

Original Sentence: 60 months custody (reduced to 18 months on 12/13/01);   5 years of supervision

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06/30/04

Assistant U.S. Attorney: To Be Assigned            Defense Attorney: Federal Public Defender- Newark

### PETITIONING THE COURT

[X]   To issue a warrant
[  ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       The offender has violated the supervision condition which states **'You shall not
                        commit another federal, state, or local crime.'**

                        The offender was arrested for Driving Under the Influence of Alcohol on January
                        29, 2006 by Lawrence Township Police Department, Lawrence, New Jersey.
                        The blood alcohol results were .13 and Moran was sentenced to custody from
                        February 28, 2006 through March 21, 2006.

2                       The offender has violated the supervision condition which states **'You shall
                        notify the probation officer within 72 hours of being arrested or questioned
                        by a law enforcement officer.'**

                        On January 29, 2006, the offender was arrested by Lawrence Township Police
                        Department for Driving Under the Influence of Alcohol, Fictitious Plates,
                        Suspended Driver's License, No Insurance, Unregistered Vehicle and Failure to
                        Maintain Lane. The offender failed to report this arrest to the probation officer.

3       The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender was arrested for Driving Under the Influence of Alcohol on January 29, 2006. At the time of his arrest, the blood alcohol level was determined at .13, which clearly indicates excessive use of alcohol.

4        The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The offender was self-employed operating a car detailing shop in Paterson, New Jersey, located at 184-6 Montgomery Place, Garage 16 beginning July 1, 2006. On November 6, 2006, the undersigned officer conducted an employment inspection of the property and learned the offender had vacated the site. The offender failed to notify the probation officer of the change in employment. The probation officer has no further information regarding employment.

5       The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the probation officer as directed on November 13, November 17, and December 19, 2006, and January 31, 2007. The undersigned officer spoke with the offender by telephone in advance of each of these dates in which he agreed to report at a specific office location. Regarding the directives for January 31, 2007, the probation officer spoke with the offender's girlfriend requesting she assist in convincing the offender to report.

6       The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

The offender was told on December 5, 2005 he was prohibited from working as a bouncer in a bar. The offender did in fact commence work as a bouncer at the Night Jazz Club, Lalor Street, Trenton, New Jersey. The offender had been argumentative about not working in that capacity. The probation officer learned of the non-compliance in August 2006, when advised of the driving under the influence of alcohol charges. At that time, Moran candidly admitted he had taken the job, was drinking at work and arrested during a motor vehicle stop on the way home.

7                 The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to submit monthly supervision reports (MSRs) as directed. Despite the probation officer furnishing the offender with blank MSRs in August 2006, and telephoning him in September 2006 urging their completion, the offender has failed to comply with the directive from June 2006 through January 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 01/31/07

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons.  Date of Hearing: _____ .
[   ] No Action
[   ] Other

_____
Signature of Judicial Officer

_____2-6-07_____
Date