PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Raynaldo Moran                              Cr.: 06-00762-001

Name of Sentencing Judicial Officer: Richard L. Williams, USDJ (ED/VA); jurisdiction transferred to Jose L. Linares (D/NJ) on 10/26/06

Date of Original Sentence: 12/18/00

Original Offense: Possession with Intent to Distribute a Controlled Substance

Original Sentence: 60 months custody (reduced to 18 months on 12/13/01); 5 years supervision

Type of Supervision: Supervised Release                 Date Supervision Commenced: 06/30/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

A Breathalyzer administered on November 13, 2007, was positive for alcohol (.048%).

U.S. Probation Officer Action:

The probation office will increase the frequency of alcohol testing and will refer the offender for a substance abuse evaluation. The offender was also instructed to increase his attendance at Alcoholics Anonymous meetings. The probation office will keep the Court apprised of any developments.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 11/16/07

PROB 12A - Page 2
Raynaldo Moran

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other *increase frequency of alcohol testing and refer offender for substance abuse evaluation.*

Signature of Judicial Officer

12-6-07
Date